1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
4  Attorney for Debtor(s)

5               UNITED STATES BANKRUPTCY COURT

6        CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

7  In Re:                              CHAPTER 13
8                                      CASE NO: 2:10-bk-53106-VZ
   Nery Manrique Lopez
9  and                                 DECLARATION OF DEBTOR RE: CHAPTER 13
   Dixy Libeth Ulloa                   TRUSTEE PAYMENTS [NO HEARING REQUIRED]
10
             Debtor(s)
11

13  I, Nery Manrique Lopez and Dixy Libeth Ulloa, am the debtor in this case, and the statements made

14  herein are true and of my own knowledge and if called upon and sworn, I could and would testify

15  competently thereto.

16     As of this month of July 2011 I have been purchasing money orders each one for $464.00 and

17
18  sending it to my Chapter 13 Trustee **NANCY K. CURRY** to the following address: **CHAPTER 13 TRUSTEE,**

19  **PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of the money order(s).

20     I am current with my plan payments as of July 2011

21     I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.

23  Dated: July 7, 2011                    _____
24                                          Debtor
25                                          _____
                                            Joint Debtor

1









CH13 · 10-bK-53106-V2