| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-53106-VZ |
|---|---|
| In re<br><br>Nery Manrique Lopez<br>Dixy Libeth Ulloa<br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, **Nery Manrique Lopez & Dixy Libeth Ulloa** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **10/07/2010**.

2. I am the owner of real property[1] at the following street address:

    **1040 E. Laurel Ave**

    **Glendora, Ca 91741** (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Bac Home Loans Servicing, LP**.

    b. Second deed of trust in favor of **Bac Home Loans Servicing, LP (avoid lien)** *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 3015-1.4**
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Nery Manrique Lopez<br>Dixy Libeth Ulloa<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-53106-VZ |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bac Home Loans Servicing<br>PO BOX 515503<br>Los Angeles, Ca 90051 | $2,335.00 | 1-15th November 2010 | 10/30/2010 |
| | $2,335.00 | 1-15th December 2010 | 11/29/2010 |
| | $2, 335.00 | 1-15th January 2011 | 12/29/2010 |
| | $2, 335.00 | 1-15th February 2011 | 01/28/2011 |
| | $2,335.00 | 1-15th March 2011 | 02/28/2011 |
| | $2,335.00 | 1-15th April 2011 | 03/28/2011 |
| | $2,335.00 | 1-15th May 2011 | 04/27/2011 |
| | $2,335.00 | 1-15th June 2011 | 05/27/2011 |
| | $2,335.00 | 1-15th July 2011 | 06/24/2011 |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

6. Attached to this declaration are copies of the:

☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Nery Manrique Lopez<br>Dixy Libeth Ulloa<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-53106-VZ |
|---|---|

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date July 7, 2011          Signature _____
                                      Nery Manrique Lopez
                                      Debtor

Date July 7, 2011          Signature _____
                                      Dixy Libeth Ulloa
                                      Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Very copy
July '11
Payment

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

SIMI VALLEY, CA 93062  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.29 |

06/28/2011

7011 0470 0002 7792 5211

Sent To: Bank of America N.A. CSC CA6 919-01-41
Street, Apt. No.; or PO Box No.: P.O Box 5170
City, State, ZIP+4: Simi Valley CA 93062

PS Form 3800, August 2006    See Reverse for Instructions



























CH 13    10-bK-53106-VZ