1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
4  Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)

5  UNITED STATES BANKRUPTCY COURT

6  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

7
   In Re:                                      CHAPTER 13
8                                              CASE NO: 2:10-bk-53106-VZ
   Nery Manrique Lopez
9  and                                         DECLARATION OF DEBTOR RE: CHAPTER 13
   Dixy Libeth Ulloa                           TRUSTEE PAYMENTS [NO HEARING REQUIRED]
10
                    Debtor(s)
11

12

13  I, Nery Manrique Lopez and Dixy Libeth Ulloa, am the debtor in this case, and the statements made

14  herein are true and of my own knowledge and if called upon and sworn, I could and would testify

15  competently thereto.

16     As of this month of July 2011 I have been purchasing money orders each one for $464.00 and

17  sending it to my Chapter 13 Trustee **NANCY K. CURRY** to the following address: **CHAPTER 13 TRUSTEE,**
18
19  **PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of the money order(s).

20     I am current with my plan payments as of July 2011

21     I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.

23  Dated: July __7__, 2011                    _____
                                                Debtor
24
25                                              _____
                                                Joint Debtor
26

27

28

1

N lopey
July '11
Payner



July payment
Nery Lopez
111





Nery Lopez
June 1/11

MoneyGram Money Orders — INTERNATIONAL MONEY ORDER          05/27/11

4853595701
MONEY ORDER

PAY TO THE ORDER OF: Nancy Curry Trustee          **$464.00**
FOUR HUNDRED *** SIXTY-FOUR ***** DOLLARS 00 CENTS

2:10-bk 53106-VZ
Nery Lopez
ADDRESS: 1040 E. Laurel Ave. 91741

Payable Through: Citizens State Bank of Clara City, Clara City, MN
ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

⑆091916187⑆ 485 3595701⑈   90





CH13 10-bK-53106-V2